(Rev. 12/09)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
                    **Plaintiff,** )
)
v.                                    )     CASE NO.
)
)       CIV 12-360-RAW
MICHAEL C. CARAS, )
)
                    **Defendant.** )

## SUMMONS IN A CIVIL ACTION

**TO:**   Michael C. Caras
        14585 CR 3585
        Ada, OK 74820

A lawsuit has been filed against you.

Within **21 days** after service of this summons on you (not counting the day you received it) - you must serve on the plaintiff an answer to the attached complaint under Rule 12 of the Federal Rules of Civil Procedure. The answer must be served on the plaintiff's attorney, whose name and address is:

    Thomas M. Wright
    Assistant U.S. Attorney
    1200 West Okmulgee Avenue
    Muskogee, OK 74401-6848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer with the court.

WILLIAM BRUCE GUTHRIE, CLERK

AUG 2 1 2012
_____        _____
Date                                                    Deputy Clerk